UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKILILU YOHANNES,<br><br>            Plaintiff,<br><br>     v.<br><br>OLYMPIC COLLECTION, INC., *et al.*,<br><br>            Defendants. | Case No. C17-509RSL<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS |

This matter comes before the Court on plaintiff's motion for an extension of time to serve the defendants with the complaint and summons. Dkt. # 16. On June 13, 2017, the Court denied plaintiff's motion for entry of default and directed plaintiff to serve defendants with the complaint and summons within seven days of the date of that order. Plaintiff, proceeding pro se, requests an extension of the deadline to serve process until June 30, 2017. Because plaintiff filed this lawsuit on March 31, 2017, the Court is not inclined to grant plaintiff the full extension that he requests. In light of plaintiff's pro se status, however, the Court GRANTS the plaintiff's request in part. Plaintiff shall serve defendants by June 23, 2017. Defendants shall have twenty-one days thereafter to respond to the complaint.

DATED this 14th day of June, 2017.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1