UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES,<br><br>                 Plaintiff,<br>    v.<br><br>OLYMPIC COLLECTION, INC., *et al.*,<br><br>                 Defendants. | No. C17-0509RSL<br><br>CERTIFICATION OF<br>CONSTITUTIONAL CHALLENGE |

To:    Washington State Attorney General
         1125 Washington Street SE
         P.O. Box 40100
         Olympia, WA 98504-0100

The United States District Court for the Western District of Washington, Seattle Division, hereby certifies that a constitutional challenge to the authority conferred on attorneys of judgment creditors by RCW 6.27 has been raised in the amended complaint filed in this action. In accordance with 28 U.S.C § 2403 and Fed. R. Civ. P. 5.1, the Washington State Attorney General may, at his discretion, intervene to be heard on this issue within 60 days of this certification.

Dated this 5th day of January, 2018.

                                             /s/ Robert S. Lasnik
                                             Robert S. Lasnik
                                             United States District Judge

CERTIFICATION OF CONSTITUTIONAL CHALLENGE