Michael S. O'Meara
The O'Meara Law Office, P.S.
1602 Virginia Ave
Everett, WA 98201

The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AKILILU YOHANNES,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC COLLECTION, INC., FAROOQ ANSARI, SUSAN CABLE and NORMAN L. MARTIN,<br><br>Defendants. | Case No.: 2:17-cv-00509-RSL<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS TO AMENDED COMPLAINT |

## I. STIPULATION

The parties below hereby agree and stipulate to extend Defendant's time February 9th, 2018 to file responsive pleadings to Plaintiff's First Amended Complaint. The Parties will be proposing new case schedule dates.

//

STIPULATION AND ORDER EXTENDING TIME - 1

THE O'MEARA LAW OFFICE
1602 VIRGINIA AVE
EVERETT, WA 98201
MICHAEL@OMEARALAWOFFICE.COM

1  //

## II. ORDER

It is so ordered.

DATED: Feb. 6, 2018.

_____/s/ M S Lasnik_____
Judge Robert S. Lasnik

Dated this 5th Day of Febuary, 2018.

/s Michael S. O'Meara,
Michael S. O'Meara, WSBA No. 41502
The O'Meara Law Office, P.S.
1602 Virginia Ave
Everett, WA 98102
michael@omearalawoffice.com
425-263-1732

/s Aklilu Yohannes,
Aklilu Yohannes
19410 HWY 99, STE A
PMB 236
Lynnwood, WA 98036
316-644-5057
Aklilu.yohannes.g@gmail.com