UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| AKLILU YOHANNES, | No. 18-35774 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:17-cv-00509-RSL Western District of Washington, Seattle |
| v. | |
| OLYMPIC COLLECTION INC (OCI); et al., | ORDER |
| Defendants-Appellees. | |

Before: O'SCANNLAIN, BERZON, and IKUTA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* 28 U.S.C. § 1291; *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 377-78 (1981) (order denying a motion to disqualify counsel in a civil case not immediately appealable); *Simons v. United States*, 497 F.2d 1046, 1050 (9th Cir. 1974) (denial of summary judgment is not immediately reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED**.

DA/Pro Se