UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES,<br><br>    Plaintiff,<br><br>  v.<br><br>OLYMPIC COLLECTION, INC., *et al.*,<br><br>    Defendants. | Case No. C17-509RSL<br><br>ORDER TO SHOW CAUSE |

  This matter comes before the Court *sua sponte*. On July 10, 2019, plaintiff filed a motion for partial summary judgment which, taken as a whole, exceeds 50 pages in length. (Dkt. # 112). As of this date, a courtesy copy of the motion has not been provided for chambers.

  Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why he should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

  DATED this 18th day of July, 2019.

            /s/ Robert S. Lasnik
            Robert S. Lasnik
            United States District Judge

ORDER TO SHOW CAUSE