1

2

3

4

5

6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                   AT SEATTLE

8   AKLILU YOHANNES,

9                            Plaintiff,         Case No. C17-509-RSL

10          v.                                  **ORDER REQUIRING
                                                SUBMISSION OF SECOND JOINT
11  OLYMPIC COLLECTION INC. et al.,             STATUS REPORT**

12                           Defendants.

13          This matter comes before the Court *sua sponte*.  On May 16, 2022, the Ninth Circuit

14  issued its formal mandate, pursuant to which the judgment of the Ninth Circuit, entered March

15  29, 2022, took effect.  See Dkts. # 147 (Ninth Circuit Order), # 148 (Ninth Circuit Mandate).

16  The Ninth Circuit vacated and remanded this Court's order dismissing plaintiff's claims on

17  defendant's motion for summary judgment.  See Dkt. # 147.

18                              **I.  REPORT**

19          All counsel and any *pro se* parties are directed to confer and provide the Court with a

20  combined Second Joint Status Report and Discovery Plan (the "Report") by June 3, 2022.  This

21  conference shall be by direct and personal communication, whether that be a face-to-face

22  meeting or a telephonic conference.  The Report will be used in setting a schedule for the prompt

23  completion of the case and the parties are reminded of their obligation to cooperate to secure the

ORDER REQUIRING SUBMISSION OF
SECOND JOINT STATUS REPORT - 1

just, speedy, and inexpensive resolution of this case.  Fed. R. Civ. P. 1.  It must contain the following information by corresponding paragraph numbers:

1.     A statement of the nature and complexity of all remaining issues.

2.     Whether any additional discovery is necessary and, if so, an agreed proposed discovery plan that indicates:

A.  The subjects on which discovery is needed and whether discovery should be limited to or focused upon particular issues;

B.  What changes, if any, should be made to the limitations on discovery;

C.  A statement of how discovery will be managed so as to minimize expense (*e.g.*, by foregoing or limiting depositions, exchanging documents informally, *etc.*);

D.  Any other orders that should be entered by the Court under Fed. R. Civ. P. 26(c) or under W.D. Wash. Local Rule LCR 16(b) and (c); and

E.  The date by which the remainder of the discovery can be completed.

3.     Whether the parties agree that a full-time U. S. Magistrate Judge may conduct all remaining proceedings, including trial and the entry of judgment, pursuant to 28 U.S.C. § 636(c) and Local Magistrate Judges' Rule 13.  The Western District of Washington assigns a wide range of cases to Magistrate Judges.  The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court.  Additional information about our district's Magistrate Judges can be found at http://www.wawd.uscourts.gov/judges.  When responding to this question, the parties should only respond "yes" or "no."  Individual party responses should not be provided.  A "yes" response should be indicated only if all parties consent.  Otherwise, a "no" response should be provided.

ORDER REQUIRING SUBMISSION OF
SECOND JOINT STATUS REPORT - 2

4.      What alternative dispute resolution procedures were used before the appeal and whether the parties believe that additional settlement efforts would be beneficial.

5.      Suggestions for the prompt and efficient resolution of the case.

6.      The date on which motions in limine should be due.

7.      The month the case will be ready for trial.  Identify any calendaring conflicts that should be considered when setting a trial date.

8.      Whether the trial will be jury or non-jury.

9.      The number of trial days required.

10.     List the dates on which each and every non-governmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and W.D. Wash. Local Rule LCR 7.1.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs.  No separate reports are to be filed.  If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should notify Teri Roberts by telephone at (206) 370-8810.

The time for filing the Report may be extended only by Court order.  Any request for extension should be made by telephone to Teri Roberts at (206) 370-8810.

## II.  PLAINTIFF'S RESPONSIBILITY

Plaintiff's counsel (or plaintiff, if *pro se*) will be responsible for starting the communications needed to comply with this Order.

ORDER REQUIRING SUBMISSION OF
SECOND JOINT STATUS REPORT - 3

**III. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION**

      If settlement is achieved, counsel shall immediately notify Victoria Ericksen, Deputy Clerk, at (206) 370-8517.  The parties are responsible for complying with the terms of this Order. The Court may impose sanctions on any party who fails to comply fully with this Order.

      Dated this 18th day of May, 2022.

Robert S. Lasnik
United States District Judge

ORDER REQUIRING SUBMISSION OF
SECOND JOINT STATUS REPORT - 4