UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC COLLECTION INC. et al.,<br><br>Defendants. | CASE NO. 17-cv-00509-JHC<br><br>ORDER |

On April 28, 2025, the Ninth Circuit Court of Appeals affirmed in part, reversed in part, and remanded this matter. Dkt. ## 174 and 184. The Court thus ORDERS the parties to file a joint status report proposing a course of action that addresses the Ninth Circuit's remand and an accompanying timeline for the proposed course of action. The parties must file their joint status report of no more than five pages no later than 10 days after entry of this order.

Dated this 15th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 1