UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKLILU YOHANNES,

              Plaintiff,

     v.

OLYMPIC COLLECTION INC. et al.,

              Defendant.

CASE NO. 17-cv-00509-JHC

ORDER

      This matter comes before the Court on Plaintiff's Motion to Certify Questions of State Law to the Washington Supreme Court.  Dkt. # 189.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion and DENIES Defendants' request for fees.

      Dated this 16th day of July, 2025.

John H. Chun
United States District Judge

ORDER - 1