UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES, | CASE NO. 17-cv-00509-JHC |
| Plaintiff, | ORDER |
| v. | |
| OLYMPIC COLLECTION INC. et al., | |
| Defendants. | |

    This matter comes before the Court on Defendant's Motion for Summary Judgment (Dkt. # 188) and Plaintiff's Motion for Partial Summary Judgment (Dkt. # 197). The Court has considered the materials filed in support of and in opposition to the motions, pertinent portions of the record, and the applicable law. Being fully advised, the Court DENIES the motions.

    The Court finds denial warranted because the motions' arguments have already been conclusively decided by prior rulings in this case. Pursuant to Judge Lasnik's Order Granting Defendants' Motion for Summary Judgment (Dkt. # 168), as modified by the Ninth Circuit's ruling on appeal, *see* Dkt. # 174, all claims in this case are dismissed except for Plaintiff's as-applied, 14th Amendment due process challenge, which has been remanded "for trial." *See* Dkt. ## 174 at 6; 168 at 22; 169 at 1. The Court thus finds that Defendant's attempt to seek summary

ORDER - 1

judgment on Plaintiff's remaining, as-applied due process claim is improper, as is Plaintiff's attempt to seek declaratory relief and summary judgment for their dismissed state law claims.[1]

Accordingly, the Court DENIES Defendant's Motion for Summary Judgment (Dkt. # 188) and DENIES Plaintiff's Motion for Partial Summary Judgment (Dkt. # 197).

Dated this 18th day of November, 2025.

John H. Chun
United States District Judge

---

[1] The Court also notes that various arguments in Plaintiff's response to Defendant's summary judgment motion are improper. For example, Plaintiff argues that "Defendants deceptively seek [a] ruling on [the] facial constitutionality of RCW 6.27" and suggests that their facial due process claim remains live, see Dkt. # 190 at 10, even though Judge Lasnik dismissed this claim and the Ninth Circuit affirmed. See Dkt. ## 168 at 11-22; 174 at 6; see also id. at 4 (Plaintiff's "facial due process challenge fails").

ORDER - 2