UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKLILU YOHANNES,

        Plaintiff,

        v.

OLYMPIC COLLECTION INC. et al.,

        Defendants.

CASE NO. 17-cv-00509-JHC

ORDER

This matter comes before the Court on Plaintiff's Motion for Joinder of Successor Entities and Preliminary Injunction from Further Transfer of Assets.  Dkt. # 206.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons presented by the defense (Dkt. ## 214, 215 & 216), the Court DENIES the motion.  This ruling does not prejudice Plaintiff from seeking related relief (e.g., with respect to any alleged fraudulent transfer) should he obtain a judgment in his favor.

//

//

//

//

ORDER - 1

Dated this 22nd day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2