UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES, | CASE NO. 17-cv-00509-JHC |
| Plaintiff, | ORDER |
| v. | |
| OLYMPIC COLLECTION INC. et al., | |
| Defendants. | |

This matter comes before the Court on Defendant's Motions in Limine (MILs).  Dkt. # 204.  The Court has considered the materials filed in support of and in opposition to the motions, the rest of the file, and the governing law.  Being fully advised, the Court ORDERS as follows:

1.      **Evidence of Argument Outside the Scope of Plaintiff's Sole Surviving Claim**

The Court RESERVES on this motion.

2.      **Hearsay Testimony or Other Inadmissible Evidence**

The Court RESERVES on this motion; but it fully intends to enforce the Federal Rules of Evidence at trial.  The Court DENIES Defendant's request for a list of proposed questions for Plaintiff's testimony.

//

ORDER - 1

3.    **"Golden Rule" Argument or Comments**

The Court RESERVES on this motion.

4.    **Expert Witness Testimony**

The Court GRANTS this motion.

5.    **Evidence or Argument Regarding Prior Settlement Discussions**

The Court GRANTS this motion; this ruling binds both sides.

6.    **Lay Opinion Testimony Without Proper Foundation**

The Court RESERVES on this motion.

7.    **Evidence of Liability Insurance**

The Court GRANTS this motion.

8.    **Any Evidence not Previously Disclosed or Produced**

The Court RESERVES on this motion.

Dated this 22st day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2