UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES, | CASE NO. 17-cv-00509-JHC |
| Plaintiff, | ORDER |
| v. | |
| OLYMPIC COLLECTION INC. et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for a trial continuance. Dkt. # 225. For the reasons presented, the Court GRANTS the motion. The Court CONTINUES trial in this matter to August 31, 2026. The Court DIRECTS the Clerk to issue a case scheduling order that reflects a schedule beginning with the pretrial conference.

Dated this 29th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 1