UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AKLILU YOHANNES,

                Plaintiff,

    v.

OLYMPIC COLLECTION INC. et al.,

                Defendants.

CASE NO. 17-cv-00509-JHC

ORDER

Before the Court is Defendants' motion to exclude witnesses Asalifew Mengistu and Ivan Li. Dkt. # 224. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendants, the Court GRANTS the motion.

Dated this 29th day of May, 2026.

_John H. Chun_

John H. Chun
United States District Judge

ORDER - 1