UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| AKLILU YOHANNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLYMPIC COLLECTION, INC. (OCI);<br>FAROOQ ANSARI; SUSAN CABLE;<br>NORMAN L. MARTIN,<br><br>　　　　Defendants. | Case No. 2:17-cv-00509-JHC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PERSONAL REPRESENTATIVE FOR THE ESTATE OF NORMAN L. MARTIN** |

The court has considered Defendants' Unopposed Motion to Substitute Personal Representative for the Estate of Norman L. Martin, and the supporting Declaration of Timothy J. Fransen.  Dkt. ## 232, 235.  For good cause shown,

IT IS ORDERED:

1.　　The motion to substitute personal representative for the Estate of Norman L. Martin is GRANTED; and

2.　　Frederick Selden, as personal representative for the Estate of Norman L. Martin, is substituted in place of Defendant Norman L. Martin.  Timothy J. Fransen of Cosgrave Vergeer Kester LLP remains as counsel for all Defendants.

/ / /

Page 1

DATED: July 17, 2026

John H. Chun
United States District Judge

Page 2