UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC COLLECTION INC. et al.,<br><br>Defendants. | CASE NO. 17-cv-00509-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The parties are directed to file an updated joint statement concerning proposed final jury instructions and proposed verdict forms by Monday August 31, 2026 at 9:00 a.m. The updated proposals should take into account the Court's Order at Dkt. # 249, as well as any other court order that may bear on the contents of the verdict form and final jury instructions. The document shall also clarify which instructions and verdict form questions are disputed versus nondisputed.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record and to any party appearing pro se.

Dated this 27th day of August 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk