UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILU YOHANNES,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC COLLECTION INC. et al.,<br><br>Defendants. | CASE NO. 17-cv-00509-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to File a Motion for Partial Summary Judgment on Liability. Dkt. # 277. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, because Plaintiff does not demonstrate good cause and the proposed motion would be futile, the Court DENIES the motion.

Dated this 10th day of November 2026.

John H. Chun
United States District Judge